UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL J. SCARINGE,

                              Petitioner,

    -v-                                       9:19-CV-84
                                                 (DNH/ATB)

DARWIN LACLAIR, Superintendent,

                              Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

MICHAEL J. SCARINGE
Petitioner, Pro Se
c/o M. Graves
11 Valdepenas Lane
Clifton Park, NY 12065

HON. LETITIA JAMES                         DENNIS A. RAMBAUD, ESQ.
Attorney General for the State of New York    Ass't Attorney General
Attorney for Respondent
28 Liberty Street
New York, NY 10005

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Petitioner Michael J. Scaringe brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 15, 2019, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised by Report-Recommendation that the petition be denied and dismissed and that no certificate of appealability be issued. Petitioner filed timely

objections to the Report-Recommendation.[1]

Based upon a de novo review of the Report-Recommendation to which petitioner objected, the Report-Recommendation is adopted in whole. See 28 U.S.C. § 636(b)(1); Rule 10, Rules Governing Section 2254 Cases.

Therefore, it is

ORDERED that

1. The petition for a writ of habeas corpus is DENIED and DISMISSED; and

2. No Certificate of Appealability shall be issued.

IT IS SO ORDERED.

_____
United States District Judge

Dated: January 6, 2020
　　　　Utica, New York.

---

[1] It is a bit unclear whether plaintiff's submission is in fact his objection, or whether it indicates his intention to subsequently file an objection. Regardless, there have been no other submissions to date.